UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
1st amended plan

DEBTOR: Osvaldo Aquino          JOINT DEBTOR: Ariadna Aquino          CASE NO.: 14-33080-AJC
Last Four Digits of SS# 6287          Last Four Digits of SS# 6290

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 543.72   for months 1 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425 TOTAL PAID $ 2500
                    Balance Due    $ 1925  payable $ 385.00/month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                                  Arrearage on Petition Date  $
Address:_____               Arrears Payment    $_____/month (Months ____ to ____)
        _____               Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Regions Bank | 17248 NW 74 Place, Hialeah, FL 33015  $145,000.00 | 0% | $0.00 | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                          Total Due  $_____
                                Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 104.35/month (Months 1 to 5) and Pay $ 489.35 /month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is current with secured creditors Cenlar, Citi and San Mateo First Addition HOA, Inc. And will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor /s/                                       Joint Debtor /s/
Date   1/12/15                                   Date:  1/12/15

LF-31 (rev. 01/08/10)