UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-33080-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:
OSVALDO AQUINO
ARIADNA AQUINO,
         DEBTOR(S).
_____/

### NOTICE CONTINUING TRUSTEE'S MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE MOTION TO DISMISS CASE

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Modify Plan, or in the alternative Motion to Dismiss Case (ECF #47) has been continued to **April 28, 2020** at **9:00AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128.**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion was mailed to those parties listed on this 17th day of MARCH, 2020.

        /s_____
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027
        (954) 443-4402

COPIES FURNISHED TO:

Debtor(s)
Osvaldo Aquino
Ariadna Aquino
17248 NW 74th Place
Hialeah, FL 33015-7110

Attorney for Debtor(s)
Robert Sanchez, Esq. (ECF)