

**ORDERED in the Southern District of Florida on April 10, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 14-33080-AJC

OSVALDO AQUINO
ADRIANA AQUINO
    Debtor

_____/

AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS AND GRANTING
TRUSTEE'S MOTION TO MODIFY (ECF #47)

THIS CASE came on to be heard on the Trustee's Motion to Dismiss or in the alternative Motion to Modify (ECF #47), and based on the record, it is ORDERED as follows:

1. The Motion to Dismiss is Denied.

2. The Motion to Modify is Granted.

3. The plan base is increased by $8,000.00 from $32,623.20 to $40,623.20.

4. The Debtors shall pay the additional $8,000.00 within 45 days of the date of this order.

5. The Trustee shall issue a Notice of Completion as soon as practicable upon the receipt

of the additional funds.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court